13568

McALHANEY *ET AL.* v. ELLIOTT *ET AL.*

(167 S. E., 656)

424

*Messrs. Spencer & White* and *Finley & Spratt,* for appellants,

*Messrs. Wilson & Wilson* and *J. M. Blackmon,* for respondent,

January 31, 1933.

The opinion of the Court was delivered by MR. JUSTICE CARTER.

The facts and issues involved in this case are sufficiently stated in the order and decree of the Circuit Judge, Hon. C. C. Featherstone, who heard the case on the circuit.

We are satisfied with the conclusion reached by Judge Featherstone, and for the reasons assigned by his Honor, the said order and decree is hereby affirmed and made the judgment of this Court.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER and BONHAM concur.